UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE LUIS SUAREZ RODRIGUEZ,

        Petitioner,

v.                                        Case No. 2:26-cv-1077-JES-NPM

WARDEN GLADES COUNTY
DETENTION CENTER, et al.,

        Respondents.

_____/

## OPINION AND ORDER

Petitioner Jose Luis Suarez Rodriguez initiated this *pro se* action by filing a 28 U.S.C. § 2241 petition and paying the full filing fee on April 6, 2026.  (Doc. 1).  On April 9, 2026, the Court ordered the government to respond to the petition within fourteen days.  (Doc. 11).  When no response was filed, the Court ordered Respondents to show cause why they should not be subject to sanctions for failure to comply with a Court order.  (Doc. 12).

In response to the Court's order to show cause, Respondents note that Suarez Rodriguez had filed an identical counseled petition in case number 2:26-cv-1062-SPC-DNF.  (Doc. 13).  Counsel admits that they were aware of the duplication and, in fact, alerted Judge Chappell to it in their April 15, 2026 response to the first-filed case.  Respondents also note that Judge Chappell already granted Petitioner the relief requested and now ask the Court to dismiss the instant petition as moot.  (Id.)

Because Petitioner has received the relief requested, the Court will dismiss the instant petition as moot. See Al Najjar v. Ashcroft, 273 F.3d 1330, 1336 (11th Cir. 2001) ("If events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the plaintiff or appellant meaningful relief, then the case is moot and must be dismissed."). Nevertheless, while the Court is aware of—and sympathetic to—the number of immigration cases that have overwhelmed the U.S. Attorney's Office this year, Petitioner's duplicate filing did not excuse Counsel from complying with the Court's order to respond by alerting this Court to the mistake. Doing so would have eliminated the need for issuing an order to show cause.

Accordingly, it is hereby **ORDERED**:

1. Jose Luis Suarez Rodriguez's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot.**

2. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on April 30, 2026.

_____

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2